UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-14303-CV-MIDDLEBROOKS

TIMOTHY D. WILLSON,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER LIFTING STAY

THIS CAUSE comes before the Court on Defendant Bank of America, N.A.'s ("Defendant") Motion to Lift Stay ("Motion") (DE 106), filed on February 7, 2018. After I ordered Plaintiff Timothy D. Willson ("Plaintiff") to file any response to Defendant's Motion (DE 107), Plaintiff represented that he does not oppose the Motion and seeks to resume proceedings as soon as possible (DE 108).

On May 23, 2016, I found that exceptional circumstances warranted abstention under *Colorado River*. (DE 97). Accordingly, I stayed the case pending the outcome of the concurrent state court foreclosure action, and instructed the Parties that "[a]ny motion to lift the stay must be filed within 20 days of the resolution of the state foreclosure action." (*Id.* at 11). In the instant Motion, Defendant represents that while this matter was stayed, Florida's Fourth District Court of Appeal affirmed per curiam the foreclosure judgment on November 22, 2017. (DE 106 at 3, Ex. A). The appellate court then denied Plaintiff's motion for issuance of a written opinion and for rehearing on January 10, 2018 (*id.*, Ex. B), and issued its mandate on January 26, 2018 (*id.*, Ex. C).

Since the basis for the stay of this matter, the ongoing state-court foreclosure proceedings, has been resolved, and as the Parties agree to the relief requested in the Motion, I find good cause to lift the stay. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

(1) Defendant Bank of America, N.A.'s Motion to Lift Stay (DE 106) is **GRANTED**.

(2) The Clerk of Court is direct to **LIFT THE STAY** in this matter.

(3) Within **10 days** of the entry of this Order, the Parties **FILE** a Joint Proposed Scheduling Order for how this matter should proceed.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida on this __5__ day of April, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record