UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE No. 15-CV-14303-MIDDLEBROOKS

TIMOTHY D. WILLSON,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## [PROPOSED] JOINT TRIAL SCHEDULING REPORT

Plaintiff Timothy D. Willson ("Plaintiff"), and Defendant, Bank of America, N.A., by and through counsel, hereby submit their Proposed Joint Pretrial Scheduling Report based on the Court's prior orders and pursuant to the Court's Order Lifting Stay (D.E. 109) entered by the Court on or about April 5, 2018.

1. The Plaintiff shall file his Motion for Reconsideration of the Order on Defendant's Motion to Dismiss and Motion for Summary Judgment on or before April 30, 2018. The Defendant shall have fourteen (14) days to file a response thereto. The Plaintiff shall have ten (10) days to file a reply to Defendant's response.

2. The Defendant shall file its Motion for the Court's Abstention from Jurisdiction on or before April 30, 2018. The Plaintiff shall have fourteen (14) days to file a response thereto. The Defendant shall have ten (10) days to file a reply to Plaintiff's response.

3. TRIAL DATE AND CALENDAR CALL: The Parties propose this case shall be set for trial on the two-week trial calendar beginning August 27, 2018, and for Status Conference/Calendar Call on August 22, 2018, at 1:15 p.m. All counsel shall appear via telephone. The Parties shall coordinate the conference call and provide the Court with call-in instructions (middlebrooks@flsd.uscourts.gov) 48 hours prior to the calendar call/status conference.

   a. JURY TRIALS

   On or before the date of the Status Conference/Calendar Call, counsel shall submit proposed jury instructions with the substantive charges and defenses, verdict form, and motions in limine, if any. Jury instructions shall be filed with the Clerk and a copy shall be submitted in Word format directly to middlebrooks@flsd.uscourts.gov. To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate Eleventh Circuit Pattern Jury Instruction upon which their instruction is modeled. All other instructions shall include citations to relevant supporting case law.

   b. BENCH TRIALS

   In cases tried before the Court, each party shall file at least ONE WEEK prior to the beginning of the trial calendar, the proposed Findings of Fact and Conclusions of Law. An additional copy shall

be sent in Word format to the chambers e-mail account listed above. Prior to any trial, counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits. All exhibits shall be pre-labeled in accordance with the proposed exhibit list. Exhibit labels must include the case number. At least two-weeks before trial the parties shall file their deposition designations along with objections in the event there are any.

c. Deposition Designations shall be filed on or before August 24, 2018.

Respectfully submitted,

/s/Jessica L. Kerr

_____
JESSICA L. KERR
FBN: 92810
JESSICA L. KERR, P.A.
*Co-Counsel for Plaintiff*
200 S.E. 6th Street, Ste. 504
Fort Lauderdale, Florida 33301
Telephone: (954)282-1858
jkerr@advocacypa.com
*Co-Counsel for Plaintiff*

/s/ Marc E. Dann

_____
MARC E. DANN
OH BN: 0039425
(Admitted Pro Hac Vice)
THE DANN LAW FIRM CO., L.P.A.
P.O. Box 6031040
Cleveland, Ohio 44103
Telephone: (216)373-0539
notices@dannlaw.com
*Co-Counsel for Plaintiff*

/s/ Ariel Acevedo

_____
Ariel Acevedo, Esq.
Florida Bar No. 946001
LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, Florida 33130
Telephone: 305-379-0400
Facsimile: 305-379-9626
Email: aa@lgplaw.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, a copy of the foregoing was submitted electronically to the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served via regular U.S. Mail to his, her or its respective address as indicated. Parties may access this filing through the Court's system.

*/s/ Jessica L. Kerr*

_____
JESSICA L. KERR
FBN: 92810